**E-FILED on** 9/15/06

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DANIEL BROTHERS, et al.,<br>Plaintiff,<br>v.<br>OLIN CORPORATION, et al.,<br>Defendants. | No. C-03-04038 RMW<br><br>ORDER TO SHOW CAUSE |

On September 12, 2004 this court issued an order granting plaintiff's motion to amend and correct summons, and specified that plaintiff was to file the amended document. Plaintiff has not done so. Plaintiff has not filed anything in this action since September 12, 2004. Plaintiff is hereby ordered to show cause by written declaration filed by September 28, 2006 why plaintiff's case should not be dismissed for failure to diligently prosecute. If no declaration showing good cause is timely filed, the case WILL BE DISMISSED.

DATED: 9/15/06

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge



**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Robert M. Gagliasso
Bustamante & O'Hara
Ten Almaden Blvd., Suite 650
San Jose, CA 95113

**Counsel for Defendants:**

| | |
|---|---|
| Randall C. Creech | rcreech@sjlegal.com |
| Carol A. Rutter, Esq | carol.rutter@husch.com |
| Gary A. Sloboda, Esq | gary.sloboda@sdma.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated: 9/15/06**

**SPT**
**Chambers of Judge Whyte**