**E-FILED on** 9/29/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL BROTHERS, et al., | No. C-03-04038 RMW |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

On September 12, 2004 this court issued an order granting plaintiff's motion to amend and correct summons, and specified that plaintiff was to file the amended document. Plaintiff has not done so. Plaintiff has not filed anything in this action since September 12, 2004. On September 15, 2006 this court issued an order requiring plaintiff to show cause by written declaration filed by September 28, 2006 why the matter should not be dismissed for failure to prosecute. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute.

DATED: 9/29/06

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—C-03-04038 RMW
SPT

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Robert M. Gagliasso
Bustamante & O'Hara
Ten Almaden Blvd., Suite 650
San Jose, CA 95113

**Counsel for Defendants:**

Randall C. Creech      rcreech@sjlegal.com
Carol A. Rutter, Esq   carol.rutter@husch.com
Gary A. Sloboda, Esq   gary.sloboda@sdma.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    9/29/06                              SPT
                                          **Chambers of Judge Whyte**